UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO, <br><br> Plaintiff, <br><br> v. <br><br> MARK LOPEZ, et al., <br><br> Defendants. | Case No. 21-cv-01024-KAW (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff Ramon Navarro Lupercio, a state prisoner incarcerated at San Quentin State Prison, has filed a civil rights action under 42 U.S.C. § 1983 alleging claims against police officers employed by the Visalia Police Department.

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

The acts complained of in this complaint occurred in Visalia, in Tulare County, located in the Eastern District of California. The defendants are also located in Tulare County. Venue, therefore, properly lies in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

1  TRANSFERRED to the United States District Court for the Eastern District of California. The

2  Clerk of the Court shall terminate all motions and transfer the case.

3

4      IT IS SO ORDERED.

5  Dated: February 22, 2021

                                              KANDIS A. WESTMORE
                                              UNITED STATES MAGISTRATE JUDGE